

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DEL/RSB
F. #2022R00918

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 12, 2025

By E-mail

The Honorable Peggy Kuo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Mark Liverano
     Criminal Docket No. 25-CR-384 (DLI)(LKE)

Dear Judge Kuo:

  The government respectfully moves for an order unsealing the indictment and arrest warrant in the above-captioned matter.

          Respectfully submitted,

          JOSEPH NOCELLA, JR.
          United States Attorney

      By:   /s/
          Devon Lash
          Raffaela S. Belizaire
          Assistant U.S. Attorney
          (718) 254-7000

Enclosure

cc: Clerk of Court (by ECF)
   Joseph Corozzo, Esq. (by ECF)